**2010–1394.  [State ex rel.] Messenger v. Goldsberry.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.